FILED
CLERK, U.S. DISTRICT COURT

December 16, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD J. SUMLAR SR., an individual; and RHONDA L. SUMLAR, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 5:20-cv-00155-SB-KK<br><br>ORDER TO SHOW CAUSE RE: SANCTIONS |

  The parties in this case are due to appear before the Court for a pretrial conference on December 22, 2020.  However, the parties failed to file any of the pretrial documents required by the Trial Order (Dkt. No. 10-1).  After being contacted by the Courtroom Deputy Clerk on December 15, 2020, the parties notified the Court in an email that they have resolved the matter.

  IT IS HEREBY ORDERED that the parties are to show cause why they should not be sanctioned for failing to comply with the Trial Order on February 5, 2021 at 8:30 a.m.  Each counsel must submit a declaration by January 29, 2021 explaining the failure to comply with the Trial Order.  However, if the parties file a proposed order to dismiss the entire action with prejudice by January 29, 2021, the declarations need not be filed, and the OSC shall be taken off calendar without

further notice.  Otherwise, the parties shall appear at the OSC hearing.

       IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: December 16, 2020

_____
Stanley Blumenfeld, Jr.
United States District Judge