FILED
CLERK, U.S. DISTRICT COURT

March 9, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: VPC  DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RONALD J. SUMLAR SR., an individual; and RHONDA L. SUMLAR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00155 SB (KKx)<br>[Filed: December 5, 2019]<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom: 6C<br><br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## ORDER

The Court, having reviewed the parties' Joint Stipulation for Dismissal, hereby ORDERS the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Date: March 9, 2021

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE